UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/21
```

W. Bradford Blash, *et al.*,

                Plaintiffs,

     –v–

BCS Placements, LLC, *et al.*,

                Defendants.

19-cv-6321 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In its May 31, 2020 Opinion & Order, the Court directed Plaintiffs to inform the Court whether they contemplated any further proceedings in this Court. Dkt. No. 36. Plaintiffs requested a stay pending the arbitrator's ruling on the question of arbitrability. Dkt. No. 37. On December 18, 2020, the Court ordered the parties to submit a status update to the Court within 90 days of that Order. Dkt. No. 41. As of the date of this Order, the Court has not received that status update. By June 11, 2021, Plaintiffs shall provide a status update and otherwise inform the Court whether they contemplate any further proceedings in this Court. Plaintiffs are warned that failure to do so may result in this case being dismissed for failure to prosecute.

    SO ORDERED.

Dated: May 25, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge